# IN THE SUPREME COURT OF THE STATE OF NEVADA

DHI MORTGAGE COMPANY, LTD., A
TEXAS LIMITED PARTNERSHIP,
Appellant,
vs.
STEVEN M. BETSINGER,
Respondent.

No. 69785

FILED

JAN 1 9 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting in part and denying in part, appellant's motion for attorney fees and costs, and an order denying appellant's motion to alter or amend the order. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Respondent has filed a motion to dismiss the appeal on the ground that the order awarding fees and costs is not ripe for appeal because no final, appealable judgment has been entered, and an order denying a motion to alter or amend an order is not appealable. Appellant opposes the motion but concedes that no final judgment has yet been entered on the issue of punitive damages.

Having considered the motion, response and reply, we grant the motion to dismiss. The district court has not entered an appealable final judgment following the retrial on punitive damages, and thus, the appeal from the costs award is premature. NRAP 3A(b)(8); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (explaining that a final

17-02067

judgment resolves all of the parties' rights and liabilities, leaving nothing for the future consideration of the court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Kathleen E. Delaney, District Judge
    McDonald Carano Wilson LLP/Reno
    McDonald Carano Wilson LLP/Las Vegas
    Feldman Graf
    Eighth District Court Clerk